IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED
APR 08 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

| | | |
|---|---|---|
| MARGARET BROCK, et al. | : | CIVIL ACTION |
| v. | : | |
| DANETTE THOMAS, ET AL. | : | NO. 10-687 - **LEAD CASE** |

| | | |
|---|---|---|
| WILLIAM NOLDE | : | CIVIL ACTION |
| v. | : | |
| SILVER BUCKMAN, et al. | : | NO. 10-3128 — *File* |

| | | |
|---|---|---|
| EDWARD A. HARPER | : | CIVIL ACTION |
| v. | : | |
| SILVER BUCKMAN, et al. | : | NO. 10-5624 |

### ORDER

AND NOW, this 8th day of April, 2011, it having been reported that the issues between **Edward Harper and Sovereign Bank, Access Abstract, Juan Escobar and Diane Wright,** have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that this action is DISMISSED with prejudice, pursuant to agreement of counsel without costs, as to the above named parties only.

ATTEST:
BY: _____        or        BY THE COURT:

Carol D. James, Deputy Clerk                        _____
                                                    PAUL S. DIAMOND

Civ 12 (7/95)
41(b)pty.frm